```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

MDG ENTERPRISES, INC.                                        PLAINTIFF

    V.                   Civil No. 14-6136

GREAT AMERICAN
INSURANCE COMPANY                                            DEFENDANT

## O R D E R

On this 7th day of August 2015, there comes on for consideration the report and recommendation filed in this case on July 13, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 39). Also before the Court are Plaintiff's objections. (Doc. 48).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Exclude Expert Testimony of Nick Scurra for Failure to Comply with Court Order (Doc. 35) is GRANTED, and Nick Scurra is precluded from testifying as an expert witness in this matter.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge