```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

MDG ENTERPRISES, INC.                                      PLAINTIFF

   V.                    Civil No. 14-6136

GREAT AMERICAN
INSURANCE COMPANY                                          DEFENDANT

                         O R D E R

On this 24th day of August 2015, there comes on for consideration the report and recommendation filed in this case on August 3, 2015, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 50). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Exclude Plaintiff's Untimely Disclosed Witnesses (doc. 42) is GRANTED, and Plaintiff is precluded from calling (1) Robert Fuentes; (2) Megaenus Davis; (3) Matt Rodgers; (4) Dustin Huckaby; (5) Gregg Kellog; and (6) Doug Trundle as fact witnesses in this matter.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**